# Exhibit A

State Court of Fulton County
**E-FILED**
16EV002350
5/16/2016 1:20:12 PM
LeNora Ponzo, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

MELISSA ZODA,

                    Plaintiff,

vs.

ECKLUND LOGISTICS, INC.,
WESTFIELD INSURANCE COMPANY
AND KERRY SAMMONS,

                    Defendants.

**JURY TRIAL DEMANDED**

CIVIL ACTION
FILE NO. _____

## COMPLAINT

COMES NOW Melissa Zoda, Plaintiff, and makes and files this complaint against Defendants Ecklund Logistics, Inc., Westfield Insurance Company, Inc., and Kerry Sammons as follows:

## PARTIES AND JURISDICTION

1.

Plaintiff Melissa Zoda is a citizen of the State of Tennesee, and is subject to the jurisdiction of this court.

2.

Defendant Ecklund Logistics, Inc. ("Ecklund Logistics") is a foreign corporation, existing under the laws of the State of Wisconsin with its principal place of business in the State of Wisconsin, and is authorized to transact business in the State of Georgia, and may be served through its registered agent Christopher Meacham at 5704 Veterans Parkway Columbus, Muscogee County, Georgia 31904 and is subject to the jurisdiction of this court.

3.

Defendant Westfield Insurance Company, Inc ("Westfield") is a foreign corporation, existing under the laws of the State of Ohio with its principal place of business in the State of Ohioand may be served through its registered agent CT Corporation System 1201 Peachtree Street, NE, Atlanta, Fulton County, Georgia 30361 and is subject to the jurisdiction of this court.

4.

Defendant Kerry Sammons ("Sammons") is a citizen of the State of Illinois and may be served at his resident address at 913 23rd Street Rock Island, Illinois 61201 and is subject to the jurisdiction of this court.

5.

Jurisdiction and venue are proper in this court.

## BACKGROUND

6.

On or about December 8, 2014, Plaintiff was a passenger in a vehicle traveling on I-985 Southbound in Jackson County, Georgia.

7.

Suddenly and without warning, a tractor-trailer driven by Defendant Sammons improperly and illegally entered Plaintiff's lane of travel.

8.

The front of Defendant Sammons' vehicle collided with the rear and side of the vehicle Plaintiff's vehicle.

9.

As a result of the collision, Plaintiff suffered severe and permanent injuries to her neck requiring surgery.

## <u>COUNT I – NEGLIGENCE</u>

10.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 9 above as if fully restated.

11.

Defendant Sammons was negligent in failing to maintain his lane of travel, for negligently entering Plaintiff's lane of travel, and failing to maintain a lookout for Plaintiff's vehicle.

12.

Defendant Sammons was negligent in colliding with Plaintiff's vehicle.

13.

Defendant Sammons' negligence is the sole and proximate cause of the collision, and Plaintiff's resulting injuries.

## <u>COUNT II – IMPUTED LIABILITY</u>

14.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 13 above as if fully restated.

15.

At the time of the subject collision, Defendant Sammons was under dispatch for Defendant Ecklund Logistics.

16.

At the time of the subject collision, Defendant Sammons was operating his vehicle on behalf of Defendant Ecklund Logistics.

17.

Defendant Ecklund Logistics is an interstate or intrastate motor carrier, and pursuant to federal and state laws, is responsible for the actions of Defendant Sammons in regard to the collision described in this complaint under the doctrine of lease liability, agency, or apparent agency.

## COUNT III – NEGLIGENT HIRING, TRAINING & SUPERVISION

18.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 17 above as if fully restated.

19.

Defendant Ecklund Logistics was negligent in hiring Defendant Sammons and entrusting him to drive a tractor-trailer.

20.

Defendant Ecklund Logistics was negligent in failing to properly train Defendant Sammons.

21.

Defendant Ecklund Logistics was negligent in failing to properly supervise Defendant Sammons.

22.

Defendant Ecklund Logistics' negligence in hiring Defendant Sammons and entrusting him with driving a commercial vehicle and failing to train and supervise him properly was the sole and proximate cause of the collision, and Plaintiff's resulting injuries.

## COUNT IV – DIRECT ACTION

23.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 22 above as if fully restated.

24.

Defendant Westfield is subject to a direct action as the insurer for Defendant Ecklund Logistics pursuant to O.C.G.A. § 40-2-140.

25.

Defendant Westfield was the insurer of Defendant Ecklund Logistics at the time of the subject incident and issued a liability policy to comply with the filing requirements under Georgia law for intrastate transportation.

26.

Defendants Ecklund Logistics and Westfield are subject to the filing requirements outlined in O.C.G.A. § 40-2-140.

27.

Defendant Westfield is responsible for any judgment rendered against Defendant Ecklund Logistics and Defendant Sammons.

## COUNT V – DAMAGES

28.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 28 above as if fully restated.

29.

As a result of Defendants' negligence, Plaintiff suffered multiple orthopedic injuries requiring surgery.

30.

As a result of Defendants' negligence, Plaintiff has incurred past medical expenses and will continue to incur future medical expenses.

31.

As a result of Defendants' negligence, Plaintiff has been unable to work and has a claim for lost wages.

32.

Defendants' negligence is the sole and proximate cause of Plaintiff's injuries.

## <u>COUNT VI – PUNITIVE DAMAGES</u>

33.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 33 above as if fully restated.

34.

Defendants' conduct was reckless, willful and wanton, and demonstrates a conscious indifference to the consequences of their actions and entitles Plaintiff to an award of punitive damages.

**WHEREFORE**, Plaintiff prays that she have a trial on all issues and judgment against Defendants as follows:

a.      That Plaintiff recover the full value of her past and future medical expenses and past and future lost wages in an amount to be proven at trial;

b.      That Plaintiff recover for physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury;

c.      That Plaintiff recover for her permanent disability and loss of enjoyment of life in an amount to be determined by the enlightened conscience of a jury;

d.      That Plaintiff recover punitive damages in an amount to be determined by the enlightened conscience of a jury;

e.      That Plaintiff recover such other and further relief as is just and proper

This 16th day of May, 2016.

FRIED ROGERS GOLDBERG LLC

/s/ Michael L. Goldberg
MICHAEL L. GOLDBERG
GEORGIA STATE BAR NUMBER 299472
ERIC J.D. ROGERS
GEORGIA STATE BAR NUMBER 100081

3560 LENOX ROAD, N.E.
SUITE 1250
ATLANTA, GEORGIA 30326
404-591-1800
404-591-1801 (FAX)
MICHAEL@FRG-LAW.COM
ERIC@FRG-LAW.COM

HENNINGSEN INJURY ATTORNEYS, P.C.

/s/ Todd R. Henningsen
TODD R. HENNINGSEN
GEORGIA STATE BAR NO.  125746

3405 PIEDMONT ROAD
SUITE 500
ATLANTA, GA 30305
TELEPHONE: 404-835-4935
FACSIMILE: 404-240-1725
TODD@ATLANTAPIATTORNEY.COM

State Court of Fulton County
**E-FILED**
16EV002350
5/16/2016 1:20:12 PM
LeNora Ponzo, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

## STATE COURT OF FULTON COUNTY
Civil Division

CIVIL ACTION FILE NO. _____

Melissa Zoda
c/o Fried Rogers Goldberg, LLC
_____
3560 Lenox Rd., N.E., Suite 1250
_____
Atlanta, Georgia 30326
_____
Plaintiff's Name, Address, City, State, Zip Code

vs.

Westfield Insurance Company
c/o Reg. Agent CT Corporation System
_____
1201 Peachtree Street, N.E.
_____
Atlanta, Fulton County, Georgia 30361
_____
Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

### SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

  You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name:  Michael L. Goldberg

Address:  3560 Lenox Rd., N.E., Suite 1250

City, State, Zip Code:  Atlanta, Georgia 30326      Phone No.:  404-591-1800

An answer to the complaint which is herewith served on you, within thirty (30) days after service on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSE MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing through eFileGA via www.efileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 185 Central Ave., S.W., Room TG100,  Atlanta, GA 30303.

This _____   Cicely Barber, Chief Clerk (electronic signature)
5/16/2016 1:20:12 PM

  If the sum claimed in the suit, or value of the property sued for, is $300.00 or more Principal, the defendant must admit or deny the paragraphs of plaintiff's petition by making written Answer.  Such paragraphs not denied will be taken as true.  If the plaintiff's petition is sworn to, or if suit is based on an unconditional contract in writing, then the defendant's answer must be sworn to.

  If the principal sum claimed in the suit, or value of the property sued for, is less than $300.00, and is on a note, unconditional contract, account sworn to, or the petition sworn to, defense must be made by filing a sworn answer setting up the facts relied on as a defense.

### *SERVICE INFORMATION:*

  Served , this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____
_____

This _____ day of _____, 20_____.   _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
16EV002350
5/16/2016 1:20:12 PM
LeNora Ponzo, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**                                          DO NOT WRITE IN THIS SPACE

## STATE COURT OF FULTON COUNTY
### Civil Division

CIVIL ACTION FILE NO. _____

Melissa Zoda
c/o Fried Rogers Goldberg, LLC
_____
3560 Lenox Rd., N.E., Suite 1250
_____
Atlanta, Georgia 30326
_____
Plaintiff's Name, Address, City, State, Zip Code

vs.

Kerry Sammons
_____
913 23rd Street
_____
Rock Island, Illinois 61201
_____
Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

### SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

 You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name:  Michael L. Goldberg
Address: 3560 Lenox Rd., N.E., Suite 1250
City, State, Zip Code: Atlanta, Georgia 30326          Phone No.:  404-591-1800

An answer to the complaint which is herewith served on you, within thirty (30) days after service on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSE MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 185 Central Ave., S.W., Room TG100,  Atlanta, GA 30303.

This  5/16/2016 1:20:12 PM                              Cicely Barber, Chief Clerk (electronic signature)

 If the sum claimed in the suit, or value of the property sued for, is $300.00 or more Principal, the defendant must admit or deny the paragraphs of plaintiff's petition by making written Answer.  Such paragraphs not denied will be taken as true.  If the plaintiff's petition is sworn to, or if suit is based on an unconditional contract in writing, then the defendant's answer must be sworn to.

 If the principal sum claimed in the suit, or value of the property sued for, is less than $300.00, and is on a note, unconditional contract, account sworn to, or the petition sworn to, defense must be made by filing a sworn answer setting up the facts relied on as a defense.

### *SERVICE INFORMATION:*

 Served , this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.    _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
16EV002350
5/16/2016 1:20:12 PM
LeNora Ponzo, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**                                    DO NOT WRITE IN THIS SPACE

## STATE COURT OF FULTON COUNTY

**Civil Division**

CIVIL ACTION FILE NO. _____

Melissa Zoda

c/o Fried Rogers Goldberg, LLC
_____

3560 Lenox Rd., N.E., Suite 1250
_____

Atlanta, Georgia 30326
_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

Ecklund Logistics, Inc.

c/o Reg. Agent Christopher Meacham
_____

5704 Veterans Parkway
_____

Columbus, Muscogee County, GA 31904
_____

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

### SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

 You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name:  Michael L. Goldberg
_____

Address:  3560 Lenox Rd., N.E., Suite 1250
_____

City, State, Zip Code:  Atlanta, Georgia 30326 _____   Phone No.:  404-591-1800

An answer to the complaint which is herewith served on you, within thirty (30) days after service on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSE MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 185 Central Ave., S.W., Room TG100,  Atlanta, GA 30303.

This  5/16/2016 1:20:12 PM
_____                    Cicely Barber, Chief Clerk (electronic signature)

 If the sum claimed in the suit, or value of the property sued for, is $300.00 or more Principal, the defendant must admit or deny the paragraphs of plaintiff's petition by making written Answer.  Such paragraphs not denied will be taken as true.  If the plaintiff's petition is sworn to, or if suit is based on an unconditional contract in writing, then the defendant's answer must be sworn to.

 If the principal sum claimed in the suit, or value of the property sued for, is less than $300.00, and is on a note, unconditional contract, account sworn to, or the petition sworn to, defense must be made by filing a sworn answer setting up the facts relied on as a defense.

### *SERVICE INFORMATION:*

 Served , this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:

We, the jury, find for _____

_____

This _____ day of _____, 20_____.   _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
16EV002350
5/16/2016 1:20:12 PM
LeNora Ponzo, Clerk
Civil Division

# General Civil Case Filing Information Form (Non-Domestic)

**Court**          **County**  __Fulton__          **Date Filed**  __05-16-2016__
☐ **Superior**                                                      **MM-DD-YYYY**
☒ **State**        **Docket #**  _____

## Plaintiff(s)

__Zoda, Melissa__

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|------------------------|--------|

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|------------------------|--------|

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|------------------------|--------|

## Defendant(s)

__Ecklund Logistics, Inc.__

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|------------------------|--------|

__Westfield Insurance Company__

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|------------------------|--------|

__Kerry Sammons__

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|------------------------|--------|

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|------------------------|--------|

**No. of Plaintiffs: 1**

**No. of Defendants: 3**

**Plaintiff/Petitioner's Attorney**          ☐ **Pro Se**

__Rogers, Eric J. D.__

Last      First      Middle I. Suffix

**Bar #**  __100081__

---

**Check Primary Type (Check only ONE)**

☐ Contract/Account
☐ Wills/Estate
☐ Real Property
☐ Dispossessory/Distress
☐ Personal Property
☐ Equity
☐ Habeas Corpus
☐ Appeals, Reviews
☐ Post Judgment Garnishment, Attachment, or Other Relief
☐ Non-Domestic Contempt
☒ Tort (If tort, fill in right column)
☐ Other General Civil Specify _____

---

**If Tort is Case Type:**

**(Check no more than TWO)**

☒ Auto Accident
☐ Premises Liability
☐ Medical Malpractice
☐ Other Professional Negligence
☐ Product Liability
☐ Other Specify _____

Are Punitive Damages Pleaded? ☒ Yes ☐ No